IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera            Date: June 26, 2012
Court Reporter:     Kara Spitler

Civil Action No. 12-cv-01000-RBJ

*Parties*:                                 *Counsel*:

BRIAN EDMOND BATH,                         Pro Se

    Plaintiff,

v.

J.P. MORGAN NATIONAL CORPORATE             Mark Willis
SERVICES, INC., and
JP MORGAN CHASE,

    Defendants.

## COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       8:39 a.m.**

Discussion regarding claims and background of the case.

Discussion regarding Plaintiff proceeding Pro Se.

Plaintiff agrees to confess J.P. Morgan Chase National Corporate Services, Inc.'s Motion for a More Definite Statement Pursuant to Fed. R. Civ. O. 12(e) Doc.# [15].  Plaintiff will file an amended complaint.

**ORDERED:**   J.P. Morgan Chase National Corporate Services, Inc.'s Motion for a More Definite Statement Pursuant to Fed. R. Civ. O. 12(e) Doc.# [15] is GRANTED WITHOUT PREJUDICE.

**ORDERED:**   Plaintiff to file an amended complaint.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **August 10, 2012.**

Discovery Cut-off: **December 1, 2012.**

Dispositive Motions deadline: **January 11, 2013.**

**AN EARLY NEUTRAL EVALUATION is** not set at this time.

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **February 8, 2013 at 8:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**JURY TRIAL** is set for **at March 4, 2013 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**ORDERED:**   Parties to file a revised scheduling order reflecting the changes made on the record.

HEARING CONCLUDED.
**Court in recess:**     **9:20 a.m.**
Total time in court:    00:41