# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-01000-RBJ-KMT

Brian Edmond Bath, sui juris;

Plaintiff.

v.

J.P. MORGAN NATIONAL CORPORATE SERVICES, INC et. al;

Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2012

JEFFREY P. COLWELL
CLERK

---

## PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION

TO THE HONORABLE JUDGE OF THIS COURT: COMES NOW the Plaintiff, Brian Edmond Bath, who hereby dismisses this action without prejudice Pursuant to FED. R. CIV. P. 41(a) (1) (A) (i) and states as follows:

### I. STIPULATION

1. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, Brian Edmond Bath, respectfully submits this VOLUNTARY DISMISSAL of this action without prejudice for J.P. MORGAN NATIONAL CORPORATE SERVICES, INC.

2. Plaintiff shall move action to proper venue and jurisdiction.

3. Each party to bear its/his own costs and fees.

3. The Plaintiff requests that the Clerk of Court now close this case.

4. Dated: October 24, 2012

**WHEREFORE,** Plaintiff respectfully requests that this Court dismiss this action without prejudice.

Respectfully Submitted,

Brian Edmond Bath

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to the parties listed below by electronic mail.

Date Signed 10·24·12

*Brian Bath*
Brian Edmond Bath

**Mark Cameron Willis**
Kutak Rock, LLP-Denver
1801 California Street
#3100
Denver, CO 80202-2626
303-297-2400
303-292-7799 (fax)
mark.willis@kutakrock.com

Counsel for **J.P. Morgan National Corporate Services, Inc.**